# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| | |
|---|---|
| United States of America )<br>v. )<br>Kamal Majeid Webb )<br> )<br>Date of Previous Judgment: December 12, 2005 )<br>(Use Date of Last Amended Judgment if Applicable) ) | Case No: 5:04-CR-294-1F<br>USM No: 24965-056<br><br>Defendant's Attorney  Kevin M. Schad |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of the _____defendant_____ under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and the court having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.    ☒ GRANTED  and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  360  months **is reduced to**  324  months.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: 40 | | Amended Offense Level: 38 | |
| Criminal History Category: IV | | Criminal History Category: IV | |
| Previous Guideline Range: 360 to Life months | | Amended Guideline Range: 324 to 405 months | |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☒ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

### III. ADDITIONAL COMMENTS

The reduction is applicable only to Count 1. The 120 month concurrent term in Count 3 is unchanged.

Except as provided above, all provisions of the judgment dated December 12, 2005 shall remain in effect.

**IT IS SO ORDERED.**

Order Date:  8/18/08

Effective Date: _____
(if different from order date)

*[Judge's signature]*
James C. Fox, Senior U.S. District Judge
Printed name and title