UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:04-CR-294-1-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| KAMAL WEBB, | ) | |
| Defendant. | ) | |

On June 11, 2012, Kamal Majeid Webb filed a document entitled, "Jurisdictional Question" [DE-124], in which he posed the following issue:

> Did the District Court have Subject Matter Jurisdiction to enhance Petitioner's sentence based on the conversion of monetary funds into its respective drug equivalent and a 2 level enhancement for 'Obstruction of Justice,' where the Government failed to meet its burden by a preponderance of the evidence to establish a credible nexus between the money seized and Petitioner's asserted [sic] that the money was unrelated to any criminal conduct?

Webb's contentions concerning the money seized from him and his explanation for the source thereof, as well as assorted related issues, have been thoroughly explored and addressed and appealed and re-addressed post-conviction, and appealed and denied since 2005. *See, e.g.,* Order [DE-74]; *see also* Transcripts [DE-81, -82, -83]. The record herein is replete with expressions of Webb's position concerning the subject cash and the court's assessment of his contentions and his credibility with regard thereto, including its recommendation that the Government consider prosecuting him for perjury.

The instant motion [DE-124] is unauthorized, frivolous and abusive. It is DISMISSED.

SO ORDERED.

This the 13th day of June, 2012.

_____
JAMES C. FOX
Senior United States District Judge